UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

YON RENÉ WOODSON AWOONOOR RENNER,

                Petitioner,

-against-

CARL E. DuBOIS,

                Respondent.

1:19-CV-10271 (CM)

CIVIL JUDGMENT

Pursuant to the order issued January 10, 2020, denying the petition without prejudice,

IT IS ORDERED, ADJUDGED AND DECREED that the petition is denied without prejudice. Because the petition makes no substantial showing of a denial of a constitutional right, a certificate of appealability will not issue under 28 U.S.C. § 2253.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Petitioner and note service on the docket.

SO ORDERED.

Dated: January 10, 2020
         New York, New York

_____
COLLEEN McMAHON
Chief United States District Judge